People v Mastin (2024 NY Slip Op 05700)

People v Mastin

2024 NY Slip Op 05700

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND HANNAH, JJ.

718 KA 20-01381

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MONTEK MASTIN, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (LEAH N. FARWELL OF COUNSEL), FOR DEFENDANT-APPELLANT. 
MICHAEL J. KEANE, ACTING DISTRICT ATTORNEY, BUFFALO (DANIEL J. PUNCH OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), rendered September 16, 2020. The judgment convicted defendant, upon a plea of guilty, of assault in the second degree (two counts). 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Mastin ([appeal No. 1] — AD3d — [Nov. 15, 2024] [4th Dept 2024]).
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court